LAW OFFICES OF IAN WALLACE, PLLC
501 FIFTH AVENUE · 19TH FLOOR
NEW YORK, NEW YORK 10017

TELEPHONE: (212) 661-5306                                        FACSIMILE: (646) 349-5308

RECEIVED
JUL 28 2010
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/10

July 27, 2010

**VIA HAND DELIVERY**
Hon. Richard M. Berman
United States District Court
　Southern District of New York
40 Centre Street, Courtroom 706
New York, NY 10007

　　　　Re:　*Castro v. PLS Check Cashers of New York, et al.*
　　　　　　**Case No. 10 CV 4774 (RMB)**

Hon. Judge Berman:

　　I write to request an adjournment of the initial conference scheduled for July 29, 2010 at 9AM in above referenced case on the grounds that the Defendants have yet to be served. I sent requests for waiver of formal service given the fact that one of the corporate Defendants is based in Illinois and one of the individual defendants is no longer working for the New York corporate Defendant. I respectfully request a postponement of the initial conference for at least another 45 days, during which period I anticipate that Defendants will either have voluntarily waived the requirement to formally serve them or I would have completed formal service of process.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Ian F. Wallace

---

Conference on 7/29 is adjourned to 9/17 at 10am.

**SO ORDERED:**
Date: 7/28/10    Richard M. Berman
　　　　　　　　**Richard M. Berman, U.S.D.J.**