**MEMO ENDORSED**

LAW OFFICES OF IAN WALLACE, PLLC
501 FIFTH AVENUE · 19TH FLOOR
NEW YORK, NEW YORK 10017

TELEPHONE: (212) 661-5306                                    FACSIMILE: (646) 349-5308

September 15, 2010



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/10

**VIA HAND DELIVERY**
Hon. Richard M. Berman
United States District Court
  Southern District of New York
40 Centre Street, Courtroom 706
New York, NY 10007

RECEIVED SEP 16 2010
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

Re:   *Castro v. PLS Check Cashers of New York, et al.*
      Case No. 10 CV 4774 (RMB)

Hon. Judge Berman:

I write to request an adjournment of the initial conference scheduled for September 17th, 2010 given that Defendants' counsel has just accepted service on behalf of Defendants and will not be filing a responsive pleading until October 14, 2010. Hence, I respectfully request a postponed conference date after Defendants have filed an answer.

Respectfully submitted,

Ian F. Wallace

cc:   Paul Siegel (via fax)
      *Attorney for Defendants*

Defendants' request is respectfully denied. The conference on 9/17/10 will proceed as scheduled.

SO ORDERED:
Date: 9/16/10                Richard M. Berman
                             Richard M. Berman, U.S.D.J.