UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Angel Castro   Plaintiff(s),

- v -

PLS Check Cashers of New York, Inc., et al

Defendant(s).
-----------------------------------------------------------X

**Case Management Plan**

10 cv 4774 (RMB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/10

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by    Dec. 10, 2010

(ii) Amend the pleadings by    Dec. 10, 2010

(iii) All discovery to be **expeditiously** completed by ~~April 14, 2010~~ 1/18/11

(iv) Consent to Proceed before Magistrate Judge _____

(v) Status of settlement discussions    Initial demand pending  1/19/11 @ 9:30 with principals

**Sections vi through xi will be set at conference with the Court.**

(vi) Motions _____

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix) Final Pre-Trial Conference _____

(x) Trial _____

(xi) Other _____

SO ORDERED: New York, New York
              9/17/10

/s/ RMB
Hon. Richard M. Berman, U.S.D.J.